IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS ADDISON                                                           PLAINTIFF

v.                              No. 3:15-cv-176-DPM

ALEXANDRIA WHITMAN, Dispatcher,
Poinsett County Sheriff's Office                                          DEFENDANT

ORDER

Motion for voluntary dismissal, № 4, granted.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 July 2015