## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**NICHOLAS ADDISON**                                                    **PLAINTIFF**

v.                                        **No. 3:15-cv-176-DPM**

**ALEXANDRIA WHITMAN, Dispatcher,**
**Poinsett County Sheriff's Office**                          **DEFENDANT**

### JUDGMENT

Addison's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

7 July 2015